# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AUTO-LAB FRANCHISING LLC,

    Plaintiff,

v.

                                    Case No. 16-11766

ML AUTO CENTER LLC and
LOAY DALLO,

    Defendants.
                                                /

## ORDER STAYING AND ADMINISTRATIVELY CLOSING THE CASE

The court held a telephonic status conference on June 23, 2016.  The parties have informed the court that both defendants are involved in bankruptcy proceedings and that bankruptcy court is the proper forum for their claims. (*See* Dkt. # 10.)  The court finds that due to the bankruptcy proceedings and in the interest of judicial economy, matters in this case should be stayed while the parties address their claims before the bankruptcy court.  Accordingly,

IT IS ORDERED that the case is STAYED and ADMINISTRATIVELY CLOSED for statistical purposes only, without prejudice to any party's rights.  All further deadlines in this case are SUSPENDED as well. The parties are DIRECTED to notify the court if the parties claims are fully resolved in the bankruptcy proceedings so that the court may enter an order of dismissal in this case.

IT IS FURTHER ORDERED that the parties INFORM the court of the progress

of the bankruptcy proceeding by filing a joint memorandum on the docket every thirty (30) days.

        s/Robert H. Cleland        
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 23, 2016, by electronic and/or ordinary mail.

        s/Lisa Wagner        
        Case Manager and Deputy Clerk
        (313) 234-5522